UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

USA v. Oscar Garcia Garcia
8:17-mj-01108-JSS-1

| **Date:** February 7, 2017 | **Court Reporter:** Digital |
|---|---|
| | **Interpreter:** Dyalma Ocasio (Spanish) |
| **Time:** 2:46 PM – 2:55 PM | **Deputy Clerk:** Jessica Ronay |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Michael Sinacore, AUSA | Adam J. Nate, AFPD |

| **Initial Appearance** |
|---|

Interpreter sworn.

Defendant is present and provided a copy of the Complaint.

Arrest Date: February 7, 2017

Court summarizes the charges and advises Defendant of Rule 5 rights.

Financial Affidavit submitted for approval. Court finds that Defendants qualifies for the appointment of counsel. FPD appointed for all further proceedings. Defendant is advised that based on his income, he may be required to reimburse the government for some or all of the costs of his defense.

Government seeks detention: no ties to the community; nature of the offense and strength of the evidence; lack of stable residence; admitted drug use; risk of non-appearance.

Defendant does not contest detention; reserves the right to revisit the issue of bond.

Court orders Defendant detained pending further proceedings in this case. If circumstances warrant, counsel may revisit the issue of bond upon the filing of an appropriate motion.

Defendant remanded to custody of U.S. Marshal.