UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No.: 8:17-mj-01108-JSS-1

OSCAR GARCIA GARCIA
_____/

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been offered but waived. I conclude that the following facts require the detention of Defendant pending trial in this case.

Defendant stands charged in a Criminal Complaint with stealing or unlawfully taking away firearms from the business inventory of a federal firearms licensee in violation of 18 U.S.C. § 922(u). At present, Defendant does not contest the Government's request for detention but seeks to reserve the right to revisit the issue of detention after counsel has investigated the matter further. The Court finds that there is no condition or combination of conditions available to the Court that would allow for Defendant's release and help assure his future appearance in court. Accordingly, Defendant is ordered **DETAINED**. Leave is granted for Defendant to revisit the Court's Order of Detention should circumstances warrant such reconsideration.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge

of the corrections facility shall deliver Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding.

        **DONE** and **ORDERED** in Tampa, Florida, on February 7, 2017.

<br>

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

<br><br>

Copies furnished to:
Counsel of Record
Pretrial Services
U.S. Marshal