RECEIVED
U.S. MARSHAL
17 FEB -7 AM 9:01
MIDDLE DIST. OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
| v. | ) | Case No. 8:17-mj-01108-JSS |
| OSCAR GARCIA GARCIA | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OSCAR GARCIA GARCIA ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment ❑ Superseding Indictment ❑ Information ❑ Superseding Information ☑ Complaint
❑ Probation Violation Petition ❑ Supervised Release Violation Petition ❑ Violation Notice ❑ Order of the Court

This offense is briefly described as follows:

Stealing or unlawfully taking away firearms from the business inventory of a federal firearms licensee (FFL)

In violation of Title 18 United States Code, Section 922(u).

Date: 2/6/17

_____
Issuing officer's signature

City and state:   Tampa, Florida

JULIE S. SNEED, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/6/17 , and the person was arrested on *(date)* 2/6/17
at *(city and state)* TAMPA, FL .

Date: 2/7/17

_____
Arresting officer's signature

CHAD HORST, SPECIAL AGENT
*Printed name and title*