**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                             **Case No.   8:17-MJ-1108-JSS**

**OSCAR GARCIA GARCIA**

_____/

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the

Defendant, OSCAR GARCIA GARCIA, in the above-styled cause.

The Clerk is requested to enter the appearance of ADAM J. NATE, Assistant Federal

Defender, as counsel for the Defendant, in the above-styled cause.

DATED this 9th day of February, 2017.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Adam J. Nate*
Adam J. Nate
Florida Bar No.0077004
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile:   (813) 228-2562
E-mail: Adam_Nate@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of February, 2017, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Michael Carl Sinacore

<u>*/s/ Adam J. Nate*</u>
Adam J. Nate
Assistant Federal Defender